UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                       NO. 08-293

ANDRE LLOYD HAYES                            SECTION "C"

ORDER AND REASONS

This matter comes before the Court on motion under 28 U.S.C. § 2255 to vacate, set aside or correct sentence filed by Andre Lloyd Hayes ("Hayes").  Having considered the record, the memoranda and the law, the Court has determined that the motion should be denied for the following reasons.

Pursuant to a plea agreement, Hayes plead guilty to one count of possession of a firearm by a felon in violation of 18 U.S.C. § 922(g)(1) and 924(a)(2) on May 29, 2009, and was sentenced to 57 months imprisonment as to the one count on April 28, 2010.[1]

---

[1] The defendant's supervised release in two other cases was revoked at the time of sentencing, resulting in additional concurrent sentences of 30 months and 24 months.

1

This motion was filed on March 14, 2011.  Hayes challenges his sentence with the argument that there was a due process violation because law enforcement officers failed to properly safeguard evidence relative to the applicable sentencing guidelines. Specifically, Hayes argues that the Court improperly imposed a four-point enhancement pursuant to U.S.S.G. § 2K2.1(b)(6) based on its finding that Hayes struck the victim with the butt of a gun as opposed to his fist.[2]  The government opposes the motion.

      The issue of the four-point enhancement was raised at the time of the sentencing.  The Court specifically found that the evidence established that Hayes did hit the victim with the hand holding the firearm, based on the statement of the victim, two witnesses and a medical report.  Rec. Doc. 50 at 2-3.  With this motion, the defendant provides additional evidence and an additional affidavit, the latter of which does not state whether or not the defendant hit the victim with a gun in his hand.  Rec. Doc. 51, 57. This additional evidence does not change the Court's finding that the four-point enhancement was appropriate.  Whether or not there was the victim's DNA evidence on the gun would not have changed the Court's finding in light of the other evidence

---

[2] Hayes also received a three-point reduction for acceptance of responsibility. Rec. Doc. 47.

2

presented.

Accordingly,

IT IS ORDERED that the motion under 28 U.S.C. § 2255 to vacate, set aside or correct sentence filed by Andre Lloyd Hayes is DENIED.

New Orleans, Louisiana, this 22nd day of August, 2011.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE